IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARLA DUKLER, a minor b/n/f MALCOLM DUKLER, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-03-0195 |
| KLEIN I.S.D.; DR. JIM SURRATT, Superintendent of the Klein I.S.D., in his Official Capacity; and PAT HUFF, Principal of Klein High School, in his Official Capacity, | § § § § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

ON THIS DAY, came on to be considered an Agreed Motion to Dismiss with Prejudice filed by Plaintiff and Defendants. The Court is of the opinion that the motion is well taken and should be granted. It is, therefore,

**ORDERED** that this action be and the same is hereby dismissed, with prejudice, each party to bear their own costs and fees.

**SIGNED** at Houston, Texas, on this __10th__ day of __MARCH__, 2003.

_____
United States District Judge

3